**Order entered September 1, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00665-CV

### CITY OF DALLAS, ET AL., Appellants

### V.

### GADBERRY CONSTRUCTION COMPANY, INC., Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-04882**

### ORDER

Before the Court is appellants' August 26, 2022 second opposed motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief received August 31, 2022 filed as of the date of this order.

/s/    KEN MOLBERG
       JUSTICE